

FILED BY _____ D.C.

AUG 16 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**BROWARD DIVISION**

Nathalie Jimenez
    Plaintiff.

                                     Case No. 16-cv-61094

-v-

Account Services
    Defendant.

## AMENDED COMPLAINT

Plaintiff, Nathalie Jimenez hereby sues Defendant, Account Services

### PRELIMINARY STATEMENT

1. This is an action for damages brought for damages for violations of the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. §1692k(d) *et seq.*; for damages for violations of the Florida Consumer Collection Practices Act (FCCPA), Fla. Stat. §559(Part VI). For violations of Fair Credit Reporting Act (FCRA), 15 U.S.C. §1681.

### JURISDICTION AND VENUE

2. The jurisdiction of this Court is conferred by 15 U.S.C. §1692k, and Fla. Stat. §559. The court has supplemental jurisdiction over state law claims.

3. Venue is proper in this District pursuant to 28 U.S.C. §1391b.

4. This is an action for damages which exceed $5,000

5. Plaintiff, is a natural person and is a resident of the State of Florida.

6. Defendant, is a Texas corporation, authorized to do business in Florida.

7. All conditions precedent to the bringing of this action have been performed, waived or excused.

# FACTUAL ALLEGATIONS

8. Plaintiff has no prior or present established relationship with Defendant.

9. Plaintiff has no contractual obligation to pay Defendant.

10. On or about January 14, 2016 Plaintiff ordered all 3 credit reports only to find out defendant reporting negative information in all 3 credit reporting agencies, Experian, TransUnion and Equifax with an amount balance of **$123.45.**

11. On about January 19, 2016 Plaintiff sent a debt validation letter by **certified mail SEE EXHIBIT A** Defendant failed to response to debt validation letter and continue collection activity by reporting negative information on my credit report.

12. On or about January 19, 2016 Plaintiff sent 3 dispute letters to credit reporting Agencies Experian certified mail **# 7015 3010 0001 6188 4487,** TransUnion certified mail **# 7015 3010 0001 6188 4494** and Equifax certified mail **# 7015 3010 0001 6188 4500  SEE EXHIBIT B.**

13. On about April 05, 2016 Plaintiff sent a certified dispute letter to Equifax, Experian and TransUnion, Defendant still attempting to collect the alleged debt. **SEE EXHIBIT C.**

14. On about April 12, 2016 Plaintiff sent a second debt validation letter **CERTIFIED MAIL #7015 3010 0001 6194 4822 SEE EXHIBIT D.**

15. On or about April 25, 2016 Plaintiff received a letter from Defendant with my name, address, account number and balance amount $123.45 bottom of page mini Miranda **"THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR." SEE EXHIBIT E** Defendant did not validate the debt and still continue collection activity.

16. On about May 10, 2016 Plaintiff sent a debt validation letter **CERTIED MAIL 7015 0001 6195 3787** to Defendant **SEE EXHIBIT F.**

17. On about May 12, 2016 Plaintiff sent a notice of Intent to litigate to the Defendant certified mail an effort to mitigate damages and settle all claims prior to litigation. **SEE EXHIBIT G.**

18. On or about May 28, 2016 Plaintiff received a letter from Defendant with my name, address, account number balance of 123.45 and stated the account has been deleted on the bottom stated mini Miranda **" THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR." SEE EXHIBIT H.**

**COUNT I**
**VIOLATION OF FAIR DEBT COLLECTION**
**PRACTICES ACT (FDCPA), 15 U.S.C. § 1692e(2)**
**BY DEFENDANT ACCOUNT SERVICES**

19. Plaintiff alleges and incorporates the information in paragraphs 1 through 18.

20. Plaintiff is a consumer within the meaning of the FDCPA 15 U.S.C. § 1692a(3)

21. Defendant is a debt collector within the meaning of the FDCPA, 15 U.S.C. § 1692a(6)

22. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following: Defendant violated 15 U.S.C. § 1692e(2) by falsely representing the character, amount, or legal status of any debt.

23. On or about January 14, 2016 Plaintiff ordered all 3 credit report from Experian, TransUnion and Equifax showing Plaintiff owe Defendant an amount of $123.45. but Plaintiff never had any business relationship with Defendant. Because of this Plaintiff suffered from humiliation, embarrassment, mental anguish and emotional distress.

**WHEREFORE,** Plaintiff requests this Court to enter a judgment against Defendant for $1,000 Statutory damages, actual damages, filing fees and cost, and such other equitable relief this Court deems just and proper Pursuant to 15 U.S.C. §1692k.

**COUNT II**
**VIOLATION OF FAIR DEBT COLLECTION**
**PRACTICES ACT (FDCPA), 15 U.S.C. § 1692f(1)**
**BY DEFENDANT RCS RECOVERY SERVICES**

24. Plaintiff alleges and incorporates the information in paragraphs 1 through 18.

25. Plaintiff is a consumer within the meaning of the FDCPA 15 U.S.C. § 1692a(3)

26. Defendant is a debt collector within the meaning of the FDCPA, 15 U.S.C. § 1692a(6)

27. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following: Defendant violated 15 U.S.C. § 1692f(1) by the collection of any amount

(including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

28. On or about April 25, 2016 Defendant sent collection letter to Plaintiff with an amount that did not show the breakdown of how they computed the amounts, fees and charges assessed, shown on the their letters. Defendant never provided Plaintiff with the basis on how Plaintiff owed Defendant any of the amounts they claimed even after receiving Plaintiff debt validation request. Defendant attempted to collect these amounts, which were not expressly authorized by the agreement creating the debt permitted by law. **SEE EXHIBIT E** as a result Plaintiff suffered from  humiliation, embarrassment, mental anguish and emotional distress.

**WHEREFORE**, Plaintiff requests this Court to enter a judgment against Defendant for $1,000 Statutory damages, actual damages, filing fees and cost, and such other equitable relief this Court deems just and proper Pursuant to 15 U.S.C. §1692k.

## COUNT III
## VIOLATION OF FLORIDA CONSUMER COLLECTION PRACTICES ACT (FCCPA), FLA STAT. §559.72(9)BY DEFENDANT ACCOUNT SERVICES

29. Plaintiff alleges and incorporates the information in paragraphs 1 through 18.

30. Plaintiff is a consumer within the meaning of §559.55(2)

31. Defendant is a debt collectors within the meaning of §559.55(6).

32.  Defendant violated the §559.72(9) by claiming, attempting or threatening to enforce a debt when such persons knew that the debt was not legitimate.

33. On or about January 14, 2016 when Plaintiff ordered credit report and it was showing Defendant attempting to collect on the alleged debt, with a balance due amount of $123.45 Plaintiff has no prior or present established relationship with Defendant and has no contractual obligation to pay Defendant. Because of this Plaintiff was very confuse, loss of sleep and loss of appetite and suffered from humiliation, embarrassment, mental anguish and emotional distress.

**WHEREFORE**, Plaintiff requests this Court to enter a judgment against Defendant for $1,000 Statutory damages, actual damages, filing fees and cost, and such other equitable relief this Court deems just and proper Pursuant to Fla. Stat. §559.77.

## COUNT IV
## VIOLATION OF FLORIDA CONSUMER COLLECTION PRACTICES
## ACT (FCCPA), FLA STAT. §559.72(9)BY DEFENDANT
## ACCOUNT SERVICES

34. Plaintiff alleges and incorporates the information in paragraphs 1 through 18.

35. Plaintiff is a consumer within the meaning of §559.55(2)

36. Defendant is a debt collectors within the meaning of §559.55(6).

37. Defendant violated the §559.72(9) by claiming, attempting or threatening to enforce a debt when such persons knew that the debt was not legitimate.

38. On or about April 25, 2016 Defendant sent multiple collections letters to Plaintiff with amounts that did not show a breakdown of how they computed the amounts, fees and charges assessed, shown on the their letters. Defendant never provided Plaintiff with the basis on how Plaintiff owed Defendant any of the amounts they claimed even after receiving Plaintiff debt validation request. Defendant attempted to collect these amounts, which were not expressly authorized by the agreement creating the debt permitted by law. **SEE EXHIBIT E** as a result, Plaintiff loss sleep, headache, loss of appetite and suffered from humiliation, embarrassment, mental anguish and emotional distress.

**WHEREFORE**, Plaintiff requests this Court to enter a judgment against Defendant for $1,000 Statutory damages, actual damages, filing fees and cost, and such other equitable relief this Court deems just and proper Pursuant to Fla. Stat. §559.77.

## COUNT V
## VIOLATIONS OF THE FAIR CREDIT CONSUMER
## ACT (FCRA), 15 U.S.C. § 1681 b(f)
## ACCOUNT SERVICES

39. Plaintiff alleges and incorporates the information in paragraphs 1 through 18.

40. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

41. Defendant is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

40. Defendant is subject to and has violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's

consumer report without a permissible purpose as defined by15 U.S.C. §1681b.

41. Plaintiff has no prior or present established relationship with Defendant or Plaintiff has no contractual obligation to pay Defendant because of this its affecting Plaintiff's reputation and credit worthiness and Plaintiff loss sleep, headache, loss of appetite and suffered from humiliation, embarrassment, mental anguish and emotional distress.

**WHEREFORE**, Plaintiff requests this Court to enter a judgment against Defendant for $1,000 Statutory damages, actual damages, filing fees and cost, and such other equitable relief this Court deems just and proper Pursuant to 15 U.S.C. §1581o

# COUNT VI
## VIOLATIONS OF THE FAIR CREDIT CONSUMER ACT (FCRA), 15 U.S.C. § 1681s 2(b) ACCOUNT SERVICES

42. Plaintiff alleges and incorporates the information in paragraphs 1 through 18.

43. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

44. Defendant is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

45. On or about January 14, Plaintiff checked her consumer credit report and noticed Defendant was reporting derogatory account to consumer reporting agencies which is affecting her reputation and credit worthiness, as a result Defendant's acts and/or omissions, Plaintiff has suffered damages including, but not limited to: loss of credit, loss of the ability to purchase and benefit from credit, mental and emotional pain and anguish.

46. Defendant's acts and/or omissions were willful, rendering it liable to Plaintiff for punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. §1681n.

47. In the alternative, Defendant was negligent, entitling Plaintiff to recover damages from Defendant pursuant to 15 U.S.C. § 1681o.

**WHEREFORE**, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Defendant violated 15 U.S.C. § 1681s-2(b);

b) Awarding Plaintiff actual damages pursuant to 15 U.S.C. § 1681n(a)(1)(A) and 15 U.S.C. § 1681o(a);

c) Awarding Plaintiff filing fees and costs incurred in this action, pursuant to 15 U.S.C. § 1681n(a)(3) and 15 U.S.C. § 1681o(a);

d) Awarding Plaintiff punitive damages pursuant to 15 U.S.C. § 1681n(a)(2); and

e) Awarding such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted,

Nathalie Jimenez
406 NW 68th Ave apt 411
Plantation, FL 33317

**EXHIBIT A**

01/19/2016

Nathalie Jimenez
406 NW 68th apt 411
Plantation FL 33317


MED1 02 TEXAS MED CLINIC
1802 NE LOOP 410 S
SAN ANTONIO, TX 78217


Re: Acct # 236

To Whom It May Concern:

Be advised that this is not a refusal to pay, but a notice sent pursuant to the Fair Debt
Collection Practices Act, 15 USC 1692g Sec. 809 (b) and the Florida Consumer
Collection Practices Act Fla. Stat. §559(Part VI); that your claim is disputed and
validation is requested.

This is NOT a request for "verification" or proof of my mailing address, but a request for
VALIDATION made pursuant to the above named Title and Section. I respectfully
request that your offices provide me with competent evidence that I have any legal
obligation to pay you.

Please provide me with the following:


What the money you say I owe is for;

Explain and show me how you calculated what you say I owe;
Provide me with copies of any papers that show I agreed to pay what you say I owe;

Provide a verification or copy of any judgment if applicable;
Identify the original creditor;

Prove the Statute of Limitations has not expired on this account
Show me that you are licensed to collect in my state
Provide me with your license numbers and Registered Agent

At this time I will also inform you that if your offices have reported invalidated
information to any of the 3 major Credit Bureau's (Equifax, Experian or TransUnion) this

action might constitute fraud under both Federal and State Laws. Due to this fact, if any negative mark is found on any of my credit reports by your company or the company that you represent I will not hesitate in bringing legal action against you for the following:

Violation of the Fair Credit Reporting Act
Violation of the Fair Debt Collection Practices Act
Violation of the Florida Consumer Collections Practices Act
Defamation of Character
If your offices are able to provide the proper documentation as requested in the following Declaration, I will require at least 30 days to investigate this information and during such time all collection activity must cease and desist.

Also during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with my legal counsel for suit. This includes any listing any information to a credit reporting repository that could be inaccurate or invalidated or verifying an account as accurate when in fact there is no provided proof that it is.

If your offices fail to respond to this validation request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from my credit file and a copy of such deletion request shall be sent to me immediately.

I would also like to request, in writing, that no telephone contact be made by your offices to my home or to my place of employment. If your offices attempt telephone communication with me, including but not limited to computer generated calls and calls or correspondence sent to or with any third parties, it will be considered harassment and I will have no choice but to file suit. All future communications with me MUST be done in writing and sent to the address noted in this letter by USPS.

It would be advisable that you assure that your records are in order before I am forced to take legal action. This is an attempt to correct your records, any information obtained shall be used for that purpose.

Best Regards,

Nathalie Jimenez

**EXHIBIT B**

7015 3010 0001 6188 4500

Nathalie Jimenez
406 NW 68ᵗʰ Ave apt 411
Plantation, FL 33317
01/19/2016

EQUIFAX
P.O. Box 105069
Atlanta, GA 30348

I am disputing the following items:

1. MED1 02 TEXAS MED CLINIC Acct # 236XXXX

Please provide me with a description of the reinvestigation procedure for all items. Please provide me with the source of information for all items. Please send me all information in my consumer file. Please send me an updated copy of my credit report. Thank you for your cooperation in advance.

Sincerely,

Nathalie Jimenez
-2131

P.S.  Please find enclosed a copy of my Drivers License and Social Security card to verify identity.

Enc.

**EXHIBIT B**

7015 3010 0001 6188 4494

Nathalie Jimenez
406 NW 68th Ave apt 411
Plantation, FL 33317
01/19/2016

TRANSUNION
P.O. Box 2000
Chester, PA 19022-2000

I am disputing the following item:

1. MED1 02 TEXAS MED CLINIC Acct # 236XXXX

Please provide me with a description of the reinvestigation procedure for all items. Please provide me with the source of information for all items. Please send me all information in my consumer file. Please send me an updated copy of my credit report. Thank you for your cooperation in advance.

Sincerely,

Nathalie Jimenez
2131

P.S.  Please find enclosed a copy of my Drivers License and Social Security card to verify identity.

Enc.

**EXHIBIT B**

7015 3010 0001 6188 4500

Nathalie Jimenez
406 NW 68th Ave unit # 411
Plantation, FL 33317
[01/19/2016


EXPERIAN
P.O. BOX 4500
TX 75013

I am disputing the following items:

1. Texas Med Clinic and account #236


Please provide me with a description of the reinvestigation procedure for all items. Please provide me with the source of information for all items. Please send me all information in my consumer file. Please send me an updated copy of my credit report. Thank you for your cooperation in advance.

Sincerely,

Nathalie Jimenez
-2131

P.S.  Please find enclosed a copy of my Drivers License and Social Security card to verify identity.

Enc.

**EXHIBIT C**

Nathalie Jimenez
406 NW 68th Ave apt 411
Plantation, FL 33317
04/05/2016


EQUIFAX
P.O. Box 105069
Atlanta, GA 30348


I am disputing the following items:

1. MED1 02 TEXAS MED CLINIC ACC # 236


Please provide me with a description of the reinvestigation procedure for all items. Please provide me with the source of information for all items. Please send me all information in my consumer file. Please send me an updated copy of my credit report. Thank you for your cooperation in advance.

Sincerely,

Nathalie Jimenez
-2131

P.S.  Please find enclosed a copy of my Drivers License and Social Security card to verify identity.

Enc.

**EXHIBIT C**

Nathalie Jimenez
406 NW 68th Ave apt 411
Plantation, FL 33317
04/05/2016


EXPERIAN
P.O. BOX 4500
TX 75013


I am disputing the following items:

1. MED1 02 TEXAS MED CLINIC ACC # 236


Please provide me with a description of the reinvestigation procedure for all items. Please provide me with the source of information for all items. Please send me all information in my consumer file. Please send me an updated copy of my credit report. Thank you for your cooperation in advance.

Sincerely,

Nathalie Jimenez
-2131

P.S.  Please find enclosed a copy of my Drivers License and Social Security card to verify identity.

Enc.

**EXHIBIT C**

7015 3010 0001 6194 4662

Nathalie Jimenez
406 NW 68th Ave apt 411
Plantation, FL 33317
04/05/2016


TRANSUNION
P.O. Box 2000
Chester, PA 19022-2000


I am disputing the following items:

1. MED1 02 TEXAS MED CLINIC ACC # 236


Please provide me with a description of the reinvestigation procedure for all items. Please provide me with the source of information for all items. Please send me all information in my consumer file. Please send me an updated copy of my credit report. Thank you for your cooperation in advance.


Sincerely,

Nathalie Jimenez
-2131

P.S.  Please find enclosed a copy of my Drivers License and Social Security card to verify identity.

Enc.

**EXHIBIT D**

CERTIFIED MAIL #7015 3010 0001 6194 4822
04/12/2016

Nathalie Jimenez
406 NW 68th apt 411
Plantation FL 33317


MED1 02 TEXAS MED CLINIC
1802 NE LOOP 410 S
SAN ANTONIO, TX 78217


Re: Acct # 236

To Whom It May Concern:

Be advised that this is not a refusal to pay, but a notice sent pursuant to the Fair Debt
Collection Practices Act, 15 USC 1692g Sec. 809 (b) and the Florida Consumer
Collection Practices Act Fla. Stat. §559(Part VI); that your claim is disputed and
validation is requested.

This is NOT a request for "verification" or proof of my mailing address, but a request for
VALIDATION made pursuant to the above named Title and Section. I respectfully
request that your offices provide me with competent evidence that I have any legal
obligation to pay you.

Please provide me with the following:


What the money you say I owe is for;

Explain and show me how you calculated what you say I owe;
Provide me with copies of any papers that show I agreed to pay what you say I owe;

Provide a verification or copy of any judgment if applicable;
Identify the original creditor;

Prove the Statute of Limitations has not expired on this account
Show me that you are licensed to collect in my state
Provide me with your license numbers and Registered Agent

At this time I will also inform you that if your offices have reported invalidated information to any of the 3 major Credit Bureau's (Equifax, Experian or TransUnion) this action might constitute fraud under both Federal and State Laws. Due to this fact, if any negative mark is found on any of my credit reports by your company or the company that you represent I will not hesitate in bringing legal action against you for the following:

Violation of the Fair Credit Reporting Act
Violation of the Fair Debt Collection Practices Act
Violation of the Florida Consumer Collections Practices Act
Defamation of Character
If your offices are able to provide the proper documentation as requested in the following Declaration, I will require at least 30 days to investigate this information and during such time all collection activity must cease and desist.

Also during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with my legal counsel for suit. This includes any listing any information to a credit reporting repository that could be inaccurate or invalidated or verifying an account as accurate when in fact there is no provided proof that it is.

If your offices fail to respond to this validation request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from my credit file and a copy of such deletion request shall be sent to me immediately.

I would also like to request, in writing, that no telephone contact be made by your offices to my home or to my place of employment. If your offices attempt telephone communication with me, including but not limited to computer generated calls and calls or correspondence sent to or with any third parties, it will be considered harassment and I will have no choice but to file suit. All future communications with me MUST be done in writing and sent to the address noted in this letter by USPS.

It would be advisable that you assure that your records are in order before I am forced to take legal action. This is an attempt to correct your records, any information obtained shall be used for that purpose.

Best Regards,

Nathalie Jimenez

# EXHIBIT E



**ACCOUNT SERVICES**

1802 N.E. Loop 410 • Suite 400 • San Antonio, Texas 78217-5298

Office 210-821-1200 • 1-800-777-5102 • Fax 210-821-1234

April 22, 2016

NATHALIE JIMENEZ
406 NW 68TH #411
PLANTATION      FL   33317

|  |  |
|---|---|
| AGENCY#: | 01151261720 |
| CLIENT: | TEXAS MED CLINIC |
| CLIENT ACCT#: | 2363619 |
| BALANCE: | $ 123.45 |

To Whom It May Concern:

As requested, enclosed is an itemization or validation of your above referenced account with our client.

To insure prompt, proper credit, please forward your payment to our office and include the CLIENT ACCT# in the memo section of your check or money order.  Payment may also be made online by check or credit card at *www.accountservices-usa.com/payments*.

Should you require further assistance, please contact our office toll free at 800-777-5102, ext 1781, 8:00am – 5:00pm CST, Monday - Friday.  Thank you.

Sincerely,



Dispute Department
Account Services USA
210-821-1200  Ext. 1781
800-777-5102  Ext. 1781

THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
THIS COMMUNICATION IS FROM A DEBT COLLECTOR.



**ACA**
**INTERNATIONAL**
The Association of Credit
and Collection Professionals
*Member*

# Texas MedClinic
## For Life's Little Emergencies

| IF PAYING BY CREDIT CARD, FILL OUT BELOW | | |
|---|---|---|
| CHECK CARD USING FOR PAYMENT | | |
| DISCOVER  MASTERCARD  VISA | | |
| CARD NUMBER | CVV | AMOUNT |
| SIGNATURE | | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 04/20/16 | $123.45 | 2090138 |

| TAX ID NUMBER | SHOW AMOUNT | |
|---|---|---|
| 742231775 | PAID HERE | $ |

**ENCOUNTER INVOICE  2363619**

**ADDRESSEE:**

**Nathalie Jimenez**
NEEDS UPDATED ADDRESS
Apt 1306
San Antonio, TX 78245-4132

**REMIT TO:**

**Texas MedClinic**
13722 Embassy Row
San Antonio, TX 78216-2000

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

**For Billing Questions, call 210-349-5592**

| DATE | PATIENT NAME | PROVIDER | CPT4 | DIAG | DESCRIPTION OF SERVICE | AMOUNT |
|---|---|---|---|---|---|---|
| 01/05/15 | Nathalie Jimenez | Elizondo, Joseph | 99202 | 847.9 | Initial Office Visit Expanded Problem Focused | $131.00 |
| 01/05/15 | Nathalie Jimenez | Elizondo, Joseph | 0l23 | 847.9 | Bad Debt Agency Commission | $0.00 |
| 01/22/16 | | | | | Primary Insurance Payment | $0.00 |
| 05/05/15 | | | | | ZBad Debt Credit | -$23.89 |
| 05/05/15 | | | | | ZBad Debt Credit | -$99.56 |

| ACCOUNT NBR | CHARGES | PAYMENTS | REFUNDS/ADJUSTMENTS | ESTIMATED BALANCE DUE FROM INSURANCE | BALANCE DUE FROM PATIENT |
|---|---|---|---|---|---|
| 2090138 | $154.89 | -$24.89 | -$6.55 | $0.00 | $123.45 |

**MESSAGE:**
Charges for this visit are for ancillary services provided by Texas MedClinic and professional services provided by the physician. All physicians are independent contractors and are not the employee, agent, or representative of Texas MedClinic.

| PLEASE PAY THIS AMOUNT »»»» | $123.45 |
|---|---|

** PAYMENT DUE UPON RECEIPT * THANK YOU **
## ENCOUNTER INVOICE
Printed by kgreenlief (48) on 4/20/2016 2:57:46 PM

PAGE: 1

This fax was sent with GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: Texas MedClinic 210-349-5371    To: 6211259    Page: 19/28    Date: 4/20/2016 4:46:00 PM

# Patient Signatures on File

**Treatment Authorization**

1-5-2015  11:13:09AM

I hereby consent to have Texas MedClinic and its independent contracting physicians care for myself, or an other individual for whom I am the legal guardian, for the problem(s) with which I have presented today or will present in the future.

---

**Billing Statement**

1-5-2015  11:13:09AM

If payment is made by check and check returns unpaid, my signature authorizes an electronic debit from my account for the check amount and all (applicable) service fees, taxes and related expenses permitted by state law. Payment by check constitutes acceptance of this policy.

---

**HIPAA Acknowledgement**

1-5-2015  11:13:09AM

I have been provided an opportunity to review Texas MedClinic's Notice of Privacy Practices, which explains how my medical information will be used and disclosed. I understand that I am entitled, upon request, to receive a copy of this complete document.

---

**Financial Responsibility**

1-5-2015  11:13:09AM

My signature indicates that I agree to be financially responsible for any patient balance due as stated in the Insurance Explanation of Medical Benefits (if applicable). If it is necessary to place my account with an outside collection agency, I also understand that I will be responsible for recovery costs of up to 30% of my unpaid balance.

---

**Financial Responsibility**

1-5-2015  11:13:09AM

I authorize Texas MedClinic to file for insurance benefits and collect payment(s) on my behalf. I agree that I will be financially responsible for all charges not paid by my insurance company.

---

Jimenez, Nathalie

January 28, 2015                                                                                           12:23 pm

This fax was sent with GFI FAXmaker fax server. For more information, visit: http://www.gfi.com



**EXHIBIT F**

CERTIED MAIL 7015 0001 6195 3787
05/09/2016

Nathalie Jimenez
406 NW 68th Ave apt 411
Plantation, FL 33317

MED1 02 TEXAS MED CLINIC
1802 NE LOOP 410 S
SAN ANTONIO, TX 78217

Re: Acct # 236XXXX


To Whom It May Concern:

Be advised that this is not a refusal to pay, but a notice sent pursuant to the Fair Debt
Collection Practices Act, 15 USC 1692g Sec. 809 (b) that your claim is disputed and
validation is requested.

This is NOT a request for "verification" or proof of my mailing address, but a request for
VALIDATION made pursuant to the above named Title and Section. I respectfully
request that your offices provide me with competent evidence that I have any legal
obligation to pay you.

Please provide me with the following:


What the money you say I owe is for;

Explain and show me how you calculated what you say I owe;
Provide me with copies of any papers that show I agreed to pay what you say I owe;

Provide a verification or copy of any judgment if applicable;
Identify the original creditor;

Prove the Statute of Limitations has not expired on this account
Show me that you are licensed to collect in my state
Provide me with your license numbers and Registered Agent

At this time I will also inform you that if your offices have reported invalidated
information to any of the 3 major Credit Bureau's (Equifax, Experian or TransUnion) this
action might constitute fraud under both Federal and State Laws. Due to this fact, if any

negative mark is found on any of my credit reports by your company or the company that you represent I will not hesitate in bringing legal action against you for the following:

Violation of the Fair Credit Reporting Act
Violation of the Fair Debt Collection Practices Act
Violation of the Florida Consumer Collection Practices Act
Defamation of Character
If your offices are able to provide the proper documentation as requested in the following Declaration, I will require at least 30 days to investigate this information and during such time all collection activity must cease and desist.

Also during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with my legal counsel for suit. This includes any listing any information to a credit reporting repository that could be inaccurate or invalidated or verifying an account as accurate when in fact there is no provided proof that it is.

If your offices fail to respond to this validation request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from my credit file and a copy of such deletion request shall be sent to me immediately.

I would also like to request, in writing, that no telephone contact be made by your offices to my home or to my place of employment. If your offices attempt telephone communication with me, including but not limited to computer generated calls and calls or correspondence sent to or with any third parties, it will be considered harassment and I will have no choice but to file suit. All future communications with me MUST be done in writing and sent to the address noted in this letter by USPS.

It would be advisable that you assure that your records are in order before I am forced to take legal action. This is an attempt to correct your records, any information obtained shall be used for that purpose.

Best Regards,

Nathalie Jimenez

May 11, 2016                              **EXHIBIT G**

Nathalie Jimenez

406 NW 68th Ave apt 411

Plantation FL 33317


MED1 02 TEXAS MED CLINIC

1802 NE LOOP 410 S

SAN ANTONIO, TX 78217


### NOTICE OF PENDING LAWSUIT

To whom it may concern,

This is being sent prior to filing suit an opportunity to amicably cure violations of the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. §1692b(2), §1692b(3), §1692d(5) §1692e(2), §1692f(1) § 1692g and the Florida Consumer Collection Practices Act (FCCPA), FLA. STAT. §559.72 (9) and Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681.


I am willing to settle these matters amicably without having to file suit and am giving you five days from receipt of this letter to take the opportunity to do so. If chooses not to settle the matters at hand then I will have no choice but to file suit and seek my remedy in a court of law.

I can be reached directly at 254-319-5069 (cell) or via email at genji0628@gmail.com
This cell number is not to be called, shared, or used for any purpose other than to address the matters at hand.

Respectfully,

———————————————

Nathalie Jimenez

# EXHIBIT H

# ACCOUNT SERVICES

1802 N.E. Loop 410 • Suite 400 • San Antonio, Texas 78217-5298

Office 210-821-1200 • 1-800-777-5102 • Fax 210-821-1234

May 25, 2016

JIMENEZ JIMENEZ
406 NW 68TH #411
PLANTATION        FL   3331

AGENCY#:        01151261720
CLIENT:         TEXAS MED CLINIC
CLIENT ACCT#:   2363619
BALANCE:        $ 123.45

## "SECOND ATTEMPT TO VALIDATE ACCOUNT"

To Whom It May Concern:

As requested, enclosed is an itemization or validation of your above referenced account with our client.  Note, Account Services has deleted any reference of this account from your personal credit report due to validation process.

To insure prompt, proper credit, please forward your payment to our office and include the CLIENT ACCT# in the memo section of your check or money order.  Payment may also be made online by check or credit card at *www.accountservices-usa.com/payments*.

Should you require further assistance, please contact our office toll free at 800-777-5102, ext 1781, 8:00am – 5:00pm CST, Monday - Friday.  Thank you.

Sincerely,

Dispute Department
Account Services USA
210-821-1200  Ext. 1781
800-777-5102  Ext. 1781

THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
THIS COMMUNICATION IS FROM A DEBT COLLECTOR.



**ACA**
**INTERNATIONAL**
The Association of Credit
and Collection Professionals
*Member*

| IF PAYING BY CREDIT CARD, FILL OUT BELOW |
|---|
| CHECK CARD USING FOR PAYMENT |
| ☐ DISCOVER  ☐ MASTERCARD  ☐ VISA |

| CARD NUMBER | | CVV | | AMOUNT |
|---|---|---|---|---|
| SIGNATURE | | | | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 05/19/16 | $123.45 | 2090138 |

| TAX ID NUMBER | SHOW AMOUNT |
|---|---|
| 742231775 | PAID HERE   $ |

ENCOUNTER INVOICE  2363619

ADDRESSEE:

||lm||lm|l|ml|l|l|l|lm||ml|llml|llm

**Nathalie Jimenez**
NEEDS UPDATED ADDRESS
Apt 1306
San Antonio, TX 78245-4132

REMIT TO:

||lm||lml||lmll|l|lml|l|lm|llm|llm

**Texas MedClinic**
13722 Embassy Row
San Antonio, TX 78216-2000

☐ Please check box if above address is incorrect or insurance
  information has changed, and indicate change(s) on reverse
  side.

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

**For Billing Questions, call 210-349-5592**

| DATE | PATIENT NAME | PROVIDER | CPT4 | DIAG | DESCRIPTION OF SERVICE | AMOUNT |
|---|---|---|---|---|---|---|
| 01/05/15 | Nathalie Jimenez | Elizondo, Joseph | 99202 | 847.9 | Initial Office Visit Expanded Problem Focused | $131.00 |
| 01/05/15 | Nathalie Jimenez | Elizondo, Joseph | 99202 | 847.9 | Collection Service Charge | -$23.89 |
| 01/05/15 | Nathalie Jimenez | Elizondo, Joseph | OI23 | 847.9 | Bad Debt Agency Commission | $0.00 |
| 01/05/15 | | | | | Payment Received -CHK | -$24.89 |
| 01/22/15 | | | | | Primary Insurance Payment | $0.00 |
| 01/22/15 | | | | | Primary Insurance Adjustment | -$6.55 |
| 05/05/15 | | | | | ZBad Debt Credit | -$23.89 |
| 05/05/15 | | | | | ZBad Debt Credit | $23.89 |
| 05/05/15 | | | | | ZBad Debt Credit | -$99.56 |
| 05/05/15 | | | | | ZBad Debt Credit | $99.56 |

| ACCOUNT NBR | CHARGES | PAYMENTS | REFUNDS/ ADJUSTMENTS | ESTIMATED BALANCE DUE FROM INSURANCE | BALANCE DUE FROM PATIENT |
|---|---|---|---|---|---|
| 2090138 | $154.89 | -$24.89 | -$6.55 | $0.00 | $123.45 |

**MESSAGE:**
Charges for this visit are for ancillary services provided by Texas MedClinic and
professional services provided by the physician.  All physicians are independent
contractors and are not the employee, agent, or representative of Texas MedClinic.

| PLEASE PAY THIS AMOUNT »»»» | $123.45 |
|---|---|

**** PAYMENT DUE UPON RECEIPT * THANK YOU ****
**ENCOUNTER INVOICE**                                    PAGE: 1

Printed by kgreenlief (48) on 5/19/2016 10:02:28 AM

Bullseye                                                          Page 1 c



**Experian**
A world of insight
Bullseye℠

JIMENEZ,NATHALIE       131;CA-406 NW 68TH/PLANTATION FL 33317;VERIFY;VERIFY-Y2/J2;H-Y;

PAGE 1 DATE  5-24-2016  TIME 18:24:08  V601  TFLA


                    *****  NO RECORD FOUND  *****

    END -- EXPERIAN

**EQUIFAX**®

Automated Data View Report

05/24/2016 19:29 PM

**Customer Inquiry**

| | | |
|---|---|---|
| **Name:** | NATHALIE JIMENEZ | **Date of Birth:** |
| **Address:** | 406 NW 68TH PLANTATION FL 33317 | **SSN:** |
| **Age:** | | |

No record found for your inquiry.

```
nput Parameters
nquiry Type = Individual
rimary Subject
ame = NATHALIE JIMENEZ
urrent Address = 406 NW 68TH,PLANTATION,FL,33317
SN = xxx-xx-2131
```

```
          TRANSUNION ACCOUNT REPORTING REVIEW REPORT
                                        DATE:  05/24/16
                                        TIME:  18:14 CT
SUBJECT    : NATHALIE    JIMENEZ
CURR ADDR  : 406 NW. 68TH AV.,
             PLANTATION FL. 33317


TRADELINE NOT FOUND ON SUBJECT'S FILE
```

```
               END OF TRANSUNION REPORT
                                          1      LAST
```

**ACCOUNT
SERVICES**

1802 N.E. Loop 410 • Suite 400 • San Antonio, Texas 78217-5298

Office 210-821-1200 • 1-800-777-5102 • Fax 210-821-1234

April 22, 2016

NATHALIE JIMENEZ
406 NW 68TH #411
PLANTATION        FL   33317

|  |  |
|---|---|
| AGENCY#: | 01151261720 |
| CLIENT: | TEXAS MED CLINIC |
| CLIENT ACCT#: | 2363619 |
| BALANCE: | $ 123.45 |

To Whom It May Concern:

As requested, enclosed is an itemization or validation of your above referenced account with our client.

To insure prompt, proper credit, please forward your payment to our office and include the CLIENT ACCT# in the memo section of your check or money order.  Payment may also be made online by check or credit card at *www.accountservices-usa.com/payments*.

Should you require further assistance, please contact our office toll free at 800-777-5102, ext 1781, 8:00am – 5:00pm CST, Monday - Friday.  Thank you.

Sincerely,

Dispute Department
Account Services USA
210-821-1200  Ext. 1781
800-777-5102  Ext. 1781

THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
THIS COMMUNICATION IS FROM A DEBT COLLECTOR.



**ACA**
**INTERNATIONAL**
The Association of Credit
and Collection Professionals

| IF PAYING BY CREDIT CARD, FILL OUT BELOW |
| --- |

CHECK CARD USING FOR PAYMENT

☐ DISCOVER  ☐ MASTERCARD  ☐ VISA

| CARD NUMBER | CVV | AMOUNT |
| --- | --- | --- |
| SIGNATURE | | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
| --- | --- | --- |
| 05/19/16 | $123.45 | 2090138 |

| TAX ID NUMBER | SHOW AMOUNT PAID HERE $ |
| --- | --- |
| 742231775 | |

ENCOUNTER INVOICE  2363619

ADDRESSEE:

**Nathalie  Jimenez**
NEEDS UPDATED ADDRESS
Apt 1306
San Antonio, TX 78245-4132

REMIT TO:

**Texas MedClinic**
13722 Embassy Row
San Antonio, TX 78216-2000

☐ Please check box if above address is incorrect or insurance
   information has changed, and indicate change(s) on reverse
   side.

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

**For Billing Questions, call 210-349-5592**

| DATE | PATIENT NAME | PROVIDER | CPT4 | DIAG | DESCRIPTION OF SERVICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 01/05/15 | Nathalie Jimenez | Elizondo, Joseph | 99202 | 847.9 | Initial Office Visit Expanded Problem Focused | $131.00 |
| 01/05/15 | Nathalie Jimenez | Elizondo, Joseph | OI23 | 847.9 | Bad Debt Agency Commission | $0.00 |
| 01/22/15 | | | | | Primary Insurance Payment | $0.00 |
| 05/05/15 | | | | | ZBad Debt Credit | -$23.89 |
| 05/05/15 | | | | | ZBad Debt Credit | -$99.56 |

| ACCOUNT NBR | CHARGES | PAYMENTS | REFUNDS/ ADJUSTMENTS | ESTIMATED BALANCE DUE FROM INSURANCE | BALANCE DUE FROM PATIENT |
| --- | --- | --- | --- | --- | --- |
| 2090138 | $154.89 | -$24.89 | -$6.55 | $0.00 | $123.45 |

**MESSAGE:**
Charges for this visit are for ancillary services provided by Texas MedClinic and
professional services provided by the physician.  All physicians are independent
contractors and are not the employee, agent, or representative of Texas MedClinic.

| PLEASE PAY THIS AMOUNT »»»» | $123.45 |
| --- | --- |

# Patient Signatures on File

**Treatment Authorization**
1-5-2015  11:13:09AM

I hereby consent to have Texas MedClinic and its independent contracting physicians care for myself, or an other individual for whom I am the legal guardian, for the problem(s) with which I have presented today or will present in the future.

**Billing Statement**
1-5-2015  11:13:09AM

If payment is made by check and check returns unpaid, my signature authorizes an electronic debit from my account for the check amount and all (applicable) service fees, taxes and related expenses permitted by state law. Payment by check constitutes acceptance of this policy.

**HIPAA Acknowledgement**
1-5-2015  11:13:09AM

I have been provided an opportunity to review Texas MedClinic's Notice of Privacy Practices, which explains how my medical information will be used and disclosed. I understand that I am entitled, upon request, to receive a copy of this complete document.

**Financial Responsibility**
1-5-2015  11:13:09AM

My signature indicates that I agree to be financially responsible for any patient balance due as stated in the insurance Explanation of Medical Benefits (if applicable). If it is necessary to place my account with an outside collection agency, I also understand that I will be responsible for recovery costs of up to 30% of my unpaid balance.

**Financial Responsibility**
1-5-2015  11:13:09AM

I authorize Texas MedClinic to file for insurance benefits and collect payment(s) on my behalf. I agree that I will be financially responsible for all charges not paid by my insurance company.



Jimenez, Nathalie

January 28, 2015                                                                                                                    12:23 pm