UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

NATHALIE JIMENEZ,

        Plaintiff,

vs.

        Case No. 16-cv-61094 BLOOM

ACCOUNT SERVICES,

        Defendant.

_____ /

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

All matters and things in dispute having been adjusted and settled between the Plaintiff and Defendant, ACCOUNT SERVICES, it is

STIPULATED AND AGREED by the parties hereto that all claims between Plaintiff and Defendant asserted in this litigation, including claims for attorney's fees and costs, be dismissed with prejudice.

| | |
|---|---|
| *s/Nathalie Jimenez* | *s/Barbara Fernandez* |
| Ms. Nathalie Jimenez | Barbara Fernandez |
| 406 NW 68th Avenue | Florida Bar No. 0493767 |
| Apartment 411 | bfernandez@hinshawlaw.com |
| Plantation, FL  33317 | West A. Holden |
| *Pro se Plaintiff* | Florida Bar No. 0113569 |
| | wholden@hinshawlaw.com |
| | HINSHAW & CULBERTSON LLP |
| | 2525 Ponce de Leon Blvd. |
| | 4th Floor |
| | Coral Gables, FL 33134 |
| | Telephone: 305-358-7747 |
| | Facsimile: 305-577-1063 |
| | Attorneys for Defendant ACCOUNT SERVICES |

Case No. 16-cv-61094

CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF, upon the following:

Ms. Nathalie Jimenez
406 NW 68th Avenue
Apartment 411
Plantation, FL  33317
*Pro se*

*s/ Barbara Fernandez*
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
West A. Holden
Florida Bar No. 0113569
wholden@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Attorneys for Defendant ACCOUNT SERVICES

15335309v1 0990691